FILED by [illegible] D.C.
MAY 05 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20318

CR-MARTINEZ
/GOODMAN

IN RE SEALED INDICTMENT

______________________________/

**SEALED ORDER**

The United States of America, having applied to this Court for an Order sealing the Indictment and this order, and the Court finding good cause:

IT IS HEREBY ORDERED that the Indictment, arrest warrants, the United States' motion to seal, and this Order shall be filed under seal until the arrest of the defendant or until further order of this Court, except that, the United States Attorney's Office and law enforcement personnel may obtain copies of any Indictment, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause.

DONE AND ORDERED in chambers at Miami, Florida, this 5 day of May 2016.

HONORABLE WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

cc: Jonathan K. Osborne, Assistant United States Attorney