FBI

FID 100 72853

AO 442 (Rev. 01/09) Arrest Warrant

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By: Clement Hammond
    Deputy Clerk
Date: **May 6, 2016**

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

RECEIVED
MAY 06 2016
S/FL WARRANTS

| | |
|---|---|
| United States of America<br>v.<br>WALTER ALEXANDER LISTA,<br><br>_____<br>Defendant | ) ) ) ) ) Case No. **16-20318 CR-MARTINEZ /GOODMAN** |

## ARREST WARRANT ~~SEALED~~

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   WALTER ALEXANDER LISTA ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Fraudulently transfer and conceal property in contemplation of a case under Title 11, in violation of Title 18, United States Code, Sections 371 and 152(7); fraudulent transfer and concealment of property in connection with a case under Title 11, in violation of Title 18, United States Code, Section 152(7); concealment of property in connection with a case under Title 11, in violation of Title 18, United States Code, Section 152(1); and false oath and account in relation to a case under Title 11, in violation of Title 18, United States Code, Section 152(2).

Date: 5/5/16

_____
*Issuing officer's signature*

City and state:   Miami, FL

Steven M. Larimore, Clerk of Court / Court Administrator
*Printed name and title*

### Return

This warrant was received on *(date)* 5/6/2016 , and the person was arrested on *(date)* 5/17/2016
at *(city and state)*   Miami, FL By FBI

Date: 05/17/2016

By: Joe Godsk, SDUSM, SD/FL
*Arresting officer's signature*

Amos Rojas Jr., U.S. Marshal SD/FL
*Printed name and title*