UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20318

UNITED STATES OF AMERICA,

v.

Walter A. Lista

NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD

TRIAL ONLY

COMES NOW Howard Srebnick, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is/are presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 16 and the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order. NOT RETAINED FOR APPEAL

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 6/9/16

Attorney Howard Srebnick

Address 201 S. Biscayne Blvd #1300

City Miami State FL Zip Code 33131

Telephone (305) 371 6421

Florida Bar Number 919063

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

[signature]